**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EVANS SCHOLARS FOUNDATION, | ) | |
| WESTERN GOLF ASSOCIATION, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| -v- | ) | Civil Action No. _____ |
| | ) | |
| EVANS GOLF COMPANY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

## COMPLAINT

Plaintiffs Evans Scholars Foundation and Western Golf Association allege as follows:

## INTRODUCTION

Plaintiffs, two non-profit Illinois-based philanthropic organizations that since 1930 have provided full college scholarships for golf caddies of limited means named after famed amateur golfer Chick Evans, bring this action against Defendant, a for-profit company, for the wholesale appropriation and infringement of Plaintiffs' trademark and trade name rights in connection with golf clubs, golf towels, and golf-related charitable fundraising, and the goodwill associated with their charitable mission. Despite the Evans Scholars Foundation's objections, Defendant's violations have continued and expanded, compelling Plaintiffs to file this action.

## PARTIES

1.      Plaintiff Evans Scholars Foundation is an Illinois non-profit corporation with its principal place of business at 2501 Patriot Blvd, Glenview, Illinois 60026.

2.      Plaintiff Western Golf Association is an Illinois non-profit corporation with its principal place of business at 2501 Patriot Blvd, Glenview, Illinois 60026, and it works with the Evans Scholars Foundation to further the Foundation's philanthropic mission described herein.

2347836v1

3.     Defendant Evans Golf Company, LLC, is a limited liability company organized under the laws of Delaware with its principal place of business located at 21 Third Street North, Suite 400, Minneapolis, Minnesota 55401.

4.     Defendant sells golf bags and golf towels, and conducts the fundraising activities complained of herein, nationwide, including within this judicial district.

## JURISDICTION AND VENUE

5.     This Court has jurisdiction because (i) this action arises under the Trademark Act of 1946, as amended, 15 U.S.C. §§ 1051 *et seq*. (the "Lanham Act"), with jurisdiction specifically conferred by 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331 and 1338(a) and (b).  Jurisdiction for the Illinois state statutory and common law claims is conferred in accordance with the principles of supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).

6.     This Court has personal jurisdiction over Defendant because Defendant has engaged in, and continues to engage in, the acts complained of herein in this District.

7.     Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events giving rise to the claims occurred in this judicial District.

## FACTS

Background on the Development of the Evans Scholars Foundation, the Role of Chick Evans and the Western Golf Association, and the EVANS SCHOLARSHIP Program

8.     Plaintiff Evans Scholars Foundation was co-founded in 1930 by the famed amateur golfer Charles "Chick" Evans Jr ("Chick Evans") and Plaintiff Western Golf Association.

9.     In 1930, the Evans Scholars Foundation awarded the first two scholarships as part of the EVANS SCHOLARSHIP program—each a full four-year college scholarship covering

tuition and housing for golf caddies of limited financial means—with funds donated by Chick Evans. *See* Exhibit A.

10.     Since that time, the Evans Scholars Foundation, with the help and support of Chick Evans and the Western Golf Association, has overseen and administered the EVANS SCHOLARSHIP program. Chick Evans intended that, after his death, the eponymous Foundation would continue using his identity, including his name, image, and the Foundation's name and marks referencing him, to promote its program and perpetuate his philanthropic mission. As a result, the name and image of Chick Evans have become closely identified with the Evans Scholars Foundation and its EVANS SCHOLARSHIP program. *See* Exhibit A and Group Exhibit B.

11.     The Western Golf Association has long been a major benefactor for the EVANS SCHOLARSHIP program, hosting and conducting numerous amateur and professional golf tournaments to raise money for the Evans Scholars Foundation and promoting the use of caddies. In connection with these efforts, the Western Golf Association has used extensively the WESTERN GOLF ASSOCIATION name and mark, the WGA mark, and the WGA 1899 Shield Logo. *See* Exhibit C. Below is a photo showing the use of the WGA 1899 Shield Logo:



# Caddie Manual



Western Golf Association
Evans Scholars Foundation
www.wgaesf.org

12.     Today, the Evans Scholars Foundation and its EVANS SCHOLARSHIP program are funded primarily through contributions from more than 38,500 supporters across the United States.  The Evans Scholars Foundation and Western Golf Association host hundreds of events nationwide each year to raise awareness of the EVANS SCHOLARSHIP and to solicit donations.  Charitable fundraising is essential to Evans Scholars Foundation's mission of providing scholarships.

13.     The annual BMW Championship golf tournament, most recently conducted on August 14-17, 2025, is sponsored by BMW and conducted by the Western Golf Association to benefit the Evans Scholars Foundation and its EVANS SCHOLARSHIP program.  In connection with the tournament, the Evans Scholars Foundation and the EVANS SCHOLARSHIP program receive substantial publicity, including highlighting of participating caddies and the promotion of the name of Chick Evans in association with the Foundation and Scholarship.  *See* Exhibits D-G.

14.     Currently, there are approximately 1,260 EVANS SCHOLARS enrolled at 21 universities across the United States, including many campuses that have dedicated EVANS SCHOLARSHIP Houses.  To date, the Evans Scholars Foundation has invested more than $435 million in the college educations of approximately 12,285 caddies.  As a result of these accomplishments, the EVANS SCHOLARSHIP program is the nation's largest scholarship program for youth caddies.

15.     In 2024, the Evans Scholars Foundation was named Scholarship Provider of the Year by the National Scholarship Providers Association, an honor it had also received previously.

<u>The Trademark and Trade Name Rights of the</u>
<u>Evans Scholars Foundation and the Western Golf Association</u>

16.     Long prior to the acts of Defendant complained of herein, the Evans Scholars Foundation name had acquired secondary meaning in connection with administering and funding a full college scholarship for golf caddies of limited means and with conducting golf tournaments.  This name has come to represent extremely valuable goodwill owned by the Evans Scholars Foundation.

17.     Long prior to the acts of Defendant complained of herein, the Chick Evans name and image had acquired secondary meaning in connection with administering and funding a full college scholarship for golf caddies of limited means and with conducting golf tournaments. This name and image have come to represent extremely valuable goodwill owned by the Evans Scholars Foundation.

18.     Long prior to the acts of Defendant complained of herein, the EVANS SCHOLARSHIP mark had acquired secondary meaning in connection with a full college scholarship for golf caddies of limited means, and the mark has come to represent extremely valuable goodwill owned by the Evans Scholars Foundation.

19.     Long prior to the acts of Defendant complained of herein, the Evans Scholars



Foundation adopted the following logo for use with its EVANS SCHOLARS mark: (hereinafter "ES Logo").  The Evans Scholars Foundation provides golf bag tags with the ES Logo to thousands of its Par Club supporters.

20.     Long prior to the acts of Defendant complained of herein, the EVANS SCHOLARS mark, including the ES Logo, had acquired secondary meaning in connection with

(i) administering and fundraising for a full college scholarship for golf caddies of limited means, (ii) identifying supporters of this cause, (iii) conducting golf tournaments, and (iv) use on golf-related merchandise.  The mark has come to represent extraordinarily valuable goodwill owned by Evans Scholars Foundation.

21.     Long prior to the acts of Defendant complained of herein, the WESTERN GOLF ASSOCIATION name and mark, the WGA mark, and the WGA 1899 Shield Logo had acquired secondary meaning in connection with (i) administering and fundraising for a full college scholarship for golf caddies of limited means, (ii) identifying supporters of this cause, (iii) conducting golf tournaments, and (iv) use on golf-related merchandise.  This name, the marks, and the logo have come to represent extremely valuable goodwill owned by the Western Golf Association.

<u>Plaintiff's Use of EVANS SCHOLARS with Golf Merchandise</u>

22.     Long prior to the acts of Defendant complained of herein, the Evans Scholars Foundation had used the EVANS SCHOLARS mark, including the ES Logo, to identify membership among its supporters and in connection with golf-related fundraising and scholarship services, including the use of the mark and logo with golf club head covers, golf hats, golf towels, tote bags, garment bags, golf balls, golf bag tags, mini zip pouches, and pennants.  *See*, *e.g.,* Evans Scholars Foundation's 2025 Handbook below and Exhibit H.  Some of this golf merchandise is shown below:



    23.    For many years, the Evans Scholars Foundation and its licensees have marketed, advertised, promoted and sold EVANS SCHOLARS branded golf-related merchandise to customers throughout the United States through their websites, at online and onsite merchandise stores at the BMW Championship, and at other golf tournaments.

<u>Plaintiffs' Trademark Registrations</u>

24.     The Evans Scholars Foundation also owns the following registrations for the

EVANS SCHOLARS mark in the United States Patent and Trademark Office:

| Mark | Registration No. | Goods and Services |
|------|------------------|--------------------|
| EVANS SCHOLARS | 2,063,462 | Class 16: informational brochures, manuals and directories pertaining to charitable fund raising activities and a college scholarship program<br><br>Class 36: charitable fund-raising services and the administration of a college scholarship program |
|  | 6,105,300 | Class 36: Charitable fund-raising; the administration of a college scholarship program<br><br>Class 200: Collective membership mark for indicating membership in an organization devoted to charitable fund-raising and the administration of college scholarship program |

These registrations, attached as Exhibit I, are valid, subsisting, incontestable, and constitute

conclusive evidence of the Evans Scholars Foundation's exclusive right to use the mark and logo

for the goods and services they cover.

25.     The Western Golf Association owns the following registrations for its marks in

the United States Patent and Trademark Office:

| Mark | Registration No. | Goods and Services |
|------|------------------|--------------------|
| WGA | 3,315,139 | Class 16: Golf tournament magazines and score cards and instructional manuals, directories and informational and educational brochures pertaining to golf, golf tournaments and a college scholarship program |

| Mark | Registration No. | Goods and Services |
|------|------------------|--------------------|
| | | Class 36: charitable fund-raising services and the administration of a college scholarship program<br><br>Class 41: entertainment services in the nature of golf tournaments<br><br>Class 200: collective membership mark to indicate membership in an association devoted to sponsoring golf tournaments and to administering, and raising funds for a college scholarship program |
| WESTERN GOLF ASSOCIATION | 3,248,814 | Class 16: Golf tournament magazines and score cards and instructional manuals, directories and informational and educational brochures pertaining to golf, golf tournaments and a college scholarship program<br><br>Class 36: charitable fund-raising services and the administration of a college scholarship program<br><br>Class 41: entertainment services in the nature of golf tournaments<br><br>Class 200: collective membership mark to indicate membership in an association devoted to sponsoring golf tournaments and to administering, and raising funds for a college scholarship program |
|  | 1,607,221 | Class 16: Golf tournament magazines and score cards and instructional manuals, directories and informational and educational brochures pertaining to golf, golf tournaments and a college scholarship program<br><br>Class 36: charitable fund-raising services and the administration of a college scholarship program<br><br>Class 41: entertainment services in the nature of golf tournaments<br><br>Class 200: collective membership mark to indicate membership in an association devoted to sponsoring golf tournaments and to |

| Mark | Registration No. | Goods and Services |
|---|---|---|
| | | administering, and raising funds for a college scholarship program |

These registrations, attached as Exhibit J, are valid, subsisting, incontestable, and constitute conclusive evidence of the Western Golf Association's exclusive right to use the marks and the WGA 1899 Shield Logo for the goods and services they cover.

<u>Defendant's Infringing Use and Unfair Competition</u>

26.     Long after the Evans Scholars Foundation had established its aforesaid trade name and trademark rights in the Evans Scholars Foundation name and the Chick Evans name and image, Defendant, without authorization, began using those names and the image in the "About Us" section of its website located at <u>www.evansgolfcompany.com</u> as shown below:

## We were inspired by a legendary golfer that got a lot from golf, and then gave much more back.

**Chick Evans** was an amateur golfer in the early 1900s. In 1916, he rose to fame by becoming the first golfer to win the Western Amateur, Western Open, U.S. Amateur, and U.S. Open – sort of like an American "Grand Slam" at that time. In keeping with his amateur-gentleman's creed, instead of accepting prize money or promotional royalties, Evans established a scholarship fund for caddies in 1930. Today, the Evans Scholars Foundation has helped more than 11,000 caddies with full tuition and housing for college.

-11-



*See* Exhibit K.

27.     Long after the Evans Scholars Foundation had established its aforesaid trade name and trademark rights, Defendant, without authorization, began using the EVANS GOLF COMPANY name and mark in connection with the sale of golf bags and golf towels.

28.     Long after Plaintiffs had established their aforesaid trade name and trademark rights, Defendant, without authorization, began using Plaintiffs' WGA 1899 Shield Logo, the EVANS SCHOLARSHIP and EVANS SCHOLARS marks, and the WESTERN GOLF ASSOCIATION name and mark in connection with golf-related fundraising, including by promoting product sales with claims that a portion of proceeds would be donated, as shown in the following images and text from its website:

## Who We Give To



### The Evans Scholarship of the Western Golf Association

The Evans Scholarship is a full housing and tuition college scholarship awarded to golf caddies with limited financial means. Evans Scholars are selected on the basis of strong caddie record, excellent grades, outstanding character and demonstrated financial need. This year, over 1,000 Evans Scholars will enroll in 18 leading universities nationwide.

> Since 1930, when the first two Evans Scholars enrolled at Northwestern University, more than 11,050 outstanding young men and women have graduated from college as Evans Scholars.

See Exhibit L.

29.    On information and belief, Defendant's use of Plaintiffs' WGA 1899 Shield Logo, the EVANS SCHOLARSHIP mark, the EVANS SCHOLARS mark, and the WESTERN GOLF ASSOCIATION name and mark in connection with golf-related fundraising—by promoting its products and representing that a portion of proceeds would be donated to Plaintiffs and, at times, to another golf charity—is intended to trade on Plaintiffs' goodwill and promote the sale of Defendant's products.

30.    Defendant's use of EVANS GOLF COMPANY and Plaintiffs' names and marks is likely to cause, and has caused, consumers to believe incorrectly that Defendant or its golf bags are affiliated with Plaintiffs.  By way of example, a consumer posted the following comment at an online golf forum, Golf WRX:

> I had never heard of this company until I came across this photo today, love the old school ping bag style, also appears to have a tie back to Chick Evans and it appears they donate to Evans Scholars along w/ First Tee, etc.

See Exhibit M.

31.    Defendant also targets the marketing of its golf bags and towels to high school golf teams and students, the same group that Plaintiffs seek as candidates for the EVANS SCHOLARSHIP program.  *See* Exhibit N.

32.    Long after Evans Scholars Foundation adopted, used and registered the ES Logo, Defendant began using EG Logo shown below (hereinafter "EG Logo").

-14-



33.     Consumers have commented on Defendant's "Evans golf bag" at golf tournaments in social media posts.  See, e.g., https://www.instagram.com/reel/DKaHqx-RA7W/, attached hereto as a print-out at Exhibit O.

34.     On February 10, 2025, Defendant filed a trademark application (Ser. No. 99/034,725) for the trademark EVANS GOLF COMPANY, covering golf bags and towels, in the United States Patent and Trademark Office.  In that application, Defendant declared under oath that the mark EVANS GOLF COMPANY was first used in July 2023 for "golf bags" and on December 30, 2024 for "golf towels".

35.     On August 27, 2025, Defendant amended the aforesaid application to register, admitting to the following: "'EVANS' in the applied-for mark does not identify anyone connected with the applicant."  This admission underscores that Defendant adopted and has sought to register the EVANS GOLF COMPANY mark despite having no connection to anyone named EVANS, evidencing its intent to trade on Plaintiffs' goodwill and to cause confusion with Plaintiffs' marks, names, and logos.

36.     Defendant's aforesaid use of EVANS GOLF COMPANY and the EG Logo, and Defendant's references to Plaintiffs' names, marks and logos, as well as its filing of an application to register EVANS GOLF COMPANY in the United States Patent and Trademark Office, have all been without Plaintiffs' authorization or consent.

37.     Last year, the Defendant's approached Plaintiffs about a potential business relationship, noting that it "would be great to see if there are other ways for us to support the WGA, and perhaps vice versa."  After commencing negotiations and learning about Defendant's operations, the Evans Scholars Foundation objected to Defendant's unlicensed use of EVANS GOLF COMPANY and other conduct.  To date, the parties have been unable to resolve the dispute.  Accordingly, Plaintiffs bring this action to protect their trademark and trade name rights and to safeguard their philanthropic mission.

**COUNT I**
**TRADEMARK INFRINGEMENT**
**IN VIOLATION OF SECTION 32 OF THE LANHAM ACT**

38.     Plaintiffs re-allege paragraphs 1 through 37 as if fully set forth herein.

39.     Defendant's aforesaid use of  EVANS GOLF COMPANY and the EG Logo, together with Plaintiffs' WGA 1899 Shield Logo and the EVANS SCHOLARS and WESTERN GOLF ASSOCIATION marks, in connection with golf bags, golf towels, and golf-related fundraising, is likely to cause confusion, mistake, or deception as to Plaintiffs' aforesaid trademark rights, or to create the mistaken belief that Defendant or its golf bags, golf towels, and golf-related fundraising activities are connected with, licensed, sponsored, or approved by Plaintiffs.

40.     Defendant's aforesaid use of  EVANS GOLF COMPANY and the EG Logo, together with Plaintiffs' WGA 1899 Shield Logo and the EVANS SCHOLARS and WESTERN GOLF ASSOCIATION marks, constitutes infringement of the Plaintiffs' aforesaid registered trademark rights in violation of Section 32 of the Lanham Act, 15 U.S.C. § 1114.

-16-

41.     Defendant's acts are greatly and irreparably damaging to Plaintiffs, and will continue to damage Plaintiffs, unless and until they are permanently enjoined by this Court; wherefore, the Plaintiffs are without an adequate remedy at law.

**COUNT II**
**FALSE DESIGNATION OF ORIGIN AND UNFAIR COMPETITION IN VIOLATION**
**OF SECTION 43(a) OF THE LANHAM ACT**

42.     Plaintiffs re-allege paragraphs 1 through 23 and 26 through 37, as if fully set forth herein.

43.     Defendant's aforesaid use of  EVANS GOLF COMPANY and the EG Logo, together with Plaintiffs' Evans Scholars Foundation name, the WGA 1899 Shield Logo, the EVANS SCHOLARSHIP and EVANS SCHOLARS marks, and the WESTERN GOLF ASSOCIATION name and mark, is likely to cause confusion, mistake, or deception with Plaintiffs' aforesaid trademark and trade name rights, and to create the mistaken belief that Defendant or its goods or fundraising activities are connected with, sponsored by, or approved by Plaintiffs.

44.     Defendant's actions constitute false designation of origin, false or misleading representations of fact, and unfair competition in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

45.     Defendant's acts are greatly and irreparably damaging to Plaintiffs and will continue to damage the Plaintiffs, unless and until it is permanently enjoined by this Court; wherefore, the Plaintiffs are without an adequate remedy at law.

## COUNT III
## VIOLATION OF THE ILLINOIS UNIFORM DECEPTIVE TRADE
## PRACTICES ACT — 815 ILCS 510/2

46.     Plaintiffs re-allege paragraphs 1 through 23 and 26 through 37, and 43, as if fully set forth herein.

47.     Defendant's aforesaid conduct constitutes a violation of the Uniform Deceptive Trade Practices Act, codified at 815 ILCS 510, *et seq.*

48.     As a direct and proximate result of the above-described deceptive trade practices, Plaintiffs have suffered and are suffering significant harm, including irreparable injury.  This harm will persist unless and until the Court enters a permanent injunction against the aforesaid acts of Defendant.

## COUNT IV
## TRADEMARK AND TRADE NAME INFRINGEMENT AND UNFAIR
## COMPETITION— ILLINOIS COMMON LAW

49.     Plaintiffs re-allege paragraphs 1 through 23 and 26 through 37, and 43, as if fully set forth herein.

50.     Defendant's misconduct alleged herein constitutes trademark and trade name infringement and unfair competition under the common law of the State of Illinois.

51.     As a direct and proximate result of this infringement, the Plaintiffs have suffered and are suffering significant harm, including irreparable injury.  This harm will persist unless and until the Court enters a permanent injunction against the aforesaid acts of Defendant.

## PRAYER FOR RELIEF

WHEREFORE, the Plaintiffs pray that:

1.     Defendant, its officers, principals, members, partners, agents, servants, employees, representatives, attorneys, their successors and assigns, and all other persons, firms,

-18-

or corporations in active concert or participation with Defendant who receive notice hereof, including but not limited to all subsidiaries, affiliates, and licensees of Defendant, be preliminarily enjoined during the pendency of this action and permanently enjoined thereafter from:

a) using the EVANS GOLF COMPANY mark, name, or <evansgolfcompany.com> domain name, the EG Logo, the Evans Scholars Foundation name, the EVANS SCHOLARSHIP and EVANS SCHOLARS marks, the Chick Evans name or image, WESTERN GOLF ASSOCIATION, WGA, or the WGA 1899 Shield Logo, or any mark, logo, trade name, trade dress, domain name, or social media account name, handle, or hashtag that incorporates "EVANS GOLF COMPANY," "EVANS," "CHICK," "WESTERN", or the EG Logo, or is similar to them, or is otherwise likely to cause confusion with them;

b) using any other mark, logo, trade name, trade dress, domain name, social media account name, handle, or hashtag that comprises, in whole or in part, the Evans Scholars Foundation name, the Chick Evans name or image, the EVANS SCHOLARS mark and EVANS SCHOLARSHIP marks, the ES Logo, the WESTERN GOLF ASSOCIATION name or mark, WGA, or the WGA 1899 Shield Logo, or any other colorable imitation of them, in a manner that is likely to confuse, mislead or deceive others into believing that Defendant or its goods, services or activities emanate from, or are connected with, sponsored by, or approved by Plaintiffs, or their licensees;

c) applying to register or obtaining any registration for any mark, logo, trade name, trade dress, domain name, social media account name, handle or hashtag that incorporates "EVANS GOLF COMPANY", "EVANS", "CHICK", the EG Logo, or is

similar to the Evans Scholars Foundation's name or the EVANS SCHOLARS and EVANS SCHOLARSHIP marks, WGA, the WESTERN GOLF ASSOCIATION name and mark, the WGA 1899 Shield Logo, the Chick Evans name or image, or the ES Logo, for any goods, services or activities;

        d)        doing any other act or thing likely to confuse, mislead or deceive others into believing that Defendant or its products emanate from, or are connected with, sponsored by, or approved by Plaintiffs or their licensees; and

        e)        assisting, aiding, or abetting any other person or entity in engaging in any of the activities prohibited in the aforesaid paragraphs (a) through (d).

2.        Destroying or otherwise disposing of evidence until final determination of this action, including:

        (a)        any goods or services offered for sale or promoted under the EVANS GOLF COMPANY name or mark, the <evansgolfcompany.com> domain name, the EG Logo, the EVANS SCHOLARS and EVANS SCHOLARSHIP marks, WGA, the WESTERN GOLF ASSOCIATION name and mark, the WGA 1899 Shield Logo, or the Chick Evans name or image;

        (b)        any promotional or advertising materials, packaging, newsletters, labels, website versions, or any other items with the EVANS GOLF COMPANY name or mark, the <evansgolfcompany.com> domain name, the EG Logo, the Evans Scholars Foundation name, the EVANS SCHOLARS and the EVANS SCHOLARSHIP marks, the Chick Evans name or image, the WESTERN GOLF COMPANY name and mark, WGA, or the WGA 1899 Shield Logo, or that reproduce, copy, counterfeit, imitate or bear Plaintiffs' names, marks or logos;

-20-

(c)      any emails, documents or business records believed to concern Defendant's adoption, use or intended use of the EVANS GOLF COMPANY name or mark, the <evansgolfcompany.com> domain name, the EG Logo, the Chick Evans name or image, the Evans Scholars Foundation name, the EVANS SCHOLARS and EVANS SCHOLARSHIP marks, the WESTERN GOLF COMPANY name and mark, WGA, or the WGA 1899 Shield Logo.

(d)      any sales records, ledgers, invoices, purchase orders, advertising agency contracts or placement orders, inventory control documents, recordings of any type whatsoever, and all other business records and documents believed to concern the promotion, sale, or offering for sale or intended sale of goods, services, or activities relating to the EVANS GOLF COMPANY name or mark, the <evansgolfcompany.com> domain name, the EG Logo, the Chick Evans name or image, the Evans Scholars Foundation name, the EVANS SCHOLARS mark and EVANS SCHOLARSHIP marks, the WESTERN GOLF COMPANY name and mark, WGA, or the WGA 1899 Shield Logo.

3.      Defendant, and all others acting by, through, or under it, be required, jointly and severally, to:

a)      account for and pay to each of the Plaintiffs all profits derived by Defendant, from their acts of trademark infringement, false designation of origin and unfair competition, such award to be enhanced in accordance with 15 U.S.C. § 1117(a);

b)      pay to each of the Plaintiffs the amount of all damages incurred by each of them by reason of Defendant's acts of trademark infringement, false designation of origin

and unfair competition, in accordance with 15 U.S.C. § 1117(a), with such amount for the Lanham Act claims to be trebled in accordance with 15 U.S.C. § 1117(a);

   c)   pay to each of the Plaintiffs the amount of all damages incurred by each of them by reason of Defendant's acts of trademark and trade name infringement and unfair competition, in accordance with Illinois common law;

   d)   pay to each of the Plaintiffs punitive damages in accordance with Illinois common law;

   e)   pay to each of the Plaintiffs pre- and post-judgment interest in accordance with federal and Illinois law; and,

   f)   pay to each of the Plaintiffs the costs of this action, together with their reasonable attorneys' fees and disbursements, in accordance with 15 U.S.C. § 1117(a), and under Illinois law, 815 ILCS 510 *et seq.*

   4.   The Court order the United States Patent and Trademark Office to cancel any registration that may issue from the United States Trademark Application Serial Number 99/034,725 for the trademark EVANS GOLF COMPANY on the ground that a likelihood of confusion exists between it and the Plaintiffs' aforesaid trademark and trade name rights.

   5.   Plaintiffs be granted such other and further relief as the Court deems just and equitable.

DATED: September 16, 2025      Respectfully submitted,


By: *s/Jonathan S. Jennings/*
    Jonathan S. Jennings (Ill. Bar No. 6204474)
    Phillip Barengolts (Ill. Bar No. 6274516)
    (member of the trial bar)
    Joshua A. R. Aldort (Ill. Bar No. 6238962)
    PATTISHALL, MCAULIFFE, NEWBURY, HILLIARD
    & GERALDSON LLP
    125 South Wacker Drive, Suite 2050
    Chicago, Illinois 60606
    Telephone: (312) 554-8000
    Facsimile: (312) 554-8015
    *jsj@pattishall.com*
    *pb@pattishall.com*
    *jara@pattishall.com*

    *Attorneys for Plaintiffs, Evans Scholars*
    *Foundation and Western Golf Association*